# DATATREASURY CORPORATION, Appellant,

v.

# JACK HENRY AND ASSOCIATES, INC., Appellee.

2016–1050
2016–1052

United States Court of Appeals, Federal Circuit.

Decided: October 13, 2016

EDWARD K. CHIN, Albritton Law Firm, Longview, TX. argued for appellant. Also represented by DEREK TOD GILLILAND, Nix

Patterson & Roach LLP, Daingerfield, TX; CHRISTIAN JOHN HURT, Dallas, TX.

RUSSELL S. JONES, JR., Polsinelli PC, Kansas City, MO, argued for appellee. Also represented by JAY E. HEIDRICK.

Before Moore, Wallach, and Chen, Circuit Judges.

Per Curiam.

We deny the appeal as moot in light of our order in *DataTreasury Corp. v. Fidelity National Information*, No. 16–1046.